FINNEGAN & DI ZEREGA, INC., Appellant, *v.* BANK OF NEW YORK AND FIFTH AVENUE BANK, Respondent.

Argued May 21, 1951; decided June 1, 1951.

*Harold J. Treanor* and *Kenneth E. McLaughlin* for appellant.
*George W. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.